**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SCOTT JOHNSON, | Case No. 17-cv-04347-BLF |
| Plaintiff, | |
| v. | **ORDER REQUESTING STATUS REPORT BY SEPTEMBER 13, 2018; NOTIFYING PARTIES OF INTENT TO DISMISS CASE WITHOUT PREJUDICE** |
| CHRISTINA R. RICE, et al., | |
| Defendants. | |

The parties have informed the Court that this action has settled and the parties have finalized a settlement agreement. *See* ECF 30. However, Plaintiff awaits Defendant's completion of its obligations under the settlement agreement before dismissing this action. *Id.* On July 3, 2018, the Court ordered the Parties to file a stipulated dismissal or status report by August 2, 2018. *See* ECF 31. On August 28, 2018, Court ordered the Parties to file a stipulated dismissal or status report by September 4, 2018. *See* ECF 32. Neither document has yet been filed.

Accordingly, the parties are hereby ORDERED to submit a stipulation of dismissal, or a further written status report regarding settlement, on or before **September 13, 2018**. Failure to comply with this Order will cause the Court to dismiss this case without prejudice, based on the parties' notice of settlement (ECF 30).

**IT IS SO ORDERED.**

Dated: September 6, 2018

BETH LABSON FREEMAN
United States District Judge